IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLARK GARTNER d/b/a GARTNER TRANSPORT,<br><br>      Plaintiff,<br><br>v.<br><br>MANNIX WINNINGHAM d/b/a M&S TRUCKING and M&S TRANSPORTATION, INCORPORATED, A Nebraska Corporation,<br><br>      Defendant. | 4:08CV3130<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 67(b),

IT IS ORDERED that the plaintiff's motions to release funds (filings 52, 53, 54) are granted.  The clerk of the court shall pay to the plaintiff the sum of $1,976.29 previously deposited by the garnishee Farmer's Coop, the sum of $7,431.04 previously deposited by the garnishee Aurora Coop, and the sum of $4,609.09 previously deposited by the garnishee Overland Ready Mix.

July 22, 2008.                                       BY THE COURT:

                                                                                    s/ *Richard G. Kopf*
                                                                                    United States District Judge