IN THE UNITED STATES DISTRICT COURT OF NEBRASKA

| | | |
|---|---|---|
| CLARK GARTNER d/b/a GARTNER TRANSPORT, | ) ) ) | CASE NO. 4:08-cv-3130 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MANNIX WINNINGHAM d/b/a M&S TRUCKING and M&S TRANSPORTATION, INCORPORATED, A Nebraska Corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER FOR DEBTOR'S EXAM

It appearing to the Court from the records herein that the Plaintiff was awarded a judgment against the Defendants in the amount of $27,548.37, together with interest at the rate of 3.532% per annum ($3,155.94 to date), plus Court costs totaling $342.39, minus payments received (-$14,016.42), for a total sum due and owing of **$17,030.28**.

The Plaintiff is entitled to an Order of this Court requiring the Defendant, Mannix Winningham, to appear and answer questions concerning his property.

The Defendant may be served by personal service by the Sheriff of Lancaster County, Nebraska at his residence at 6525 Hartley Street, Lincoln, NE 68507.

IT IS THEREFORE ORDERED that the Defendant, Mannix Winningham, appear in the United States District Court of Nebraska, 5th Floor of the Federal Building in Lincoln, NE, on the 8th day of September, 2011, at 1:00 p.m., in Courtroom #2, to give testimony under oath regarding his property.

**IT IS FURTHER THEREFORE ORDERED that should the Defendant fail to appear at the time and date set forth above, and in the Court set forth above, this Court may hold the Defendant in contempt of this Court for failure to appear, and upon such contempt, a bench warrant against the Defendant will issue.**

DATED this 16th day of August, 2011.

BY THE COURT:

_[signature]_
United States Magistrate Judge